## Lanard & Axilbund, Appellant, *v.* Max Arnold Company.

Argued September 21, 1970. *Leonard B. Rosenthal,* with him *Abrahams & Loewenstein,* for appellant; *Robert H. Malis,* with him *Malis, Tolson & Malis,* for appellee.

Order affirmed.